UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEAH GOODMAN,

           Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

           Defendant.

CASE NO. 11-cv-05373 JRC

ORDER ON AGREED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3 Consent to Proceed Before a United States Magistrate Judge, ECF No. 6). This matter is before the Court on plaintiff's Agreed Motion Regarding Attorney's Fee, Costs and Expenses Pursuant to the EAJA (see ECF No. 17).

    Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the agreement of the parties and plaintiff's Contract of Employment, the Detail Fee Transaction File List and the Detail Cost Transaction File List (ECF No. 17, Attachments 2, 3, 4), it is hereby

1  ORDERED that attorney's fees of $7,180.40 and expenses in the amount of $60.22, pursuant to
2  the EAJA, 28 U.S.C. § 2412, and costs for the filing fee in the amount of $350.00, pursuant to 28
3  U.S.C. § 1920, shall be awarded to plaintiff consistent with <u>Astrue v. Ratliff,</u> 130 S.Ct. 2521,
4  2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).  If it is determined that plaintiff's EAJA fees
5  are not subject to any offset allowed under the Department of the Treasury's Offset Program,
6  then the check for EAJA fees shall be made payable to Schroeter Goldmark & Bender, based on
7  plaintiff's assignment of these amounts to plaintiff's attorney (<u>see</u> ECF No. 17, Attachment 2).
8  Any check for EAJA fees shall be mailed to plaintiff's counsel, Anne Kysar, at Schroeter
9  Goldmark & Bender, 810 Third Avenue, Suite 500, Seattle, Washington 98104.
10          Plaintiff's counsel reserves the right to request an additional fee pursuant to 42 U.S.C. §
11  406(a) and (b), if applicable, taking into consideration the EAJA award. Defendant reserves the
12  right to object to any such additional fee request.
13          Dated this 9th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER ON AGREED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 2